**FILED**

July 29, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

VANESSA ANAHI INOSENCIO §
GARCIA, A# 221 376 496, §
§
**Petitioner,** §
§
v. § **NO. SA-26-CV-04728-OLG**
§
DIRECTOR, U.S. Immigration and §
Customs Enforcement, ET AL., §
§
**Respondents.** §

### SHOW CAUSE ORDER

Before the Court is a purported 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by *pro se* Petitioner Vanessa Anahi Inosencio Garcia Cristhian Sanchez-Pineda, an immigration detainee. (Dkt. No. 1). Upon review, the Court's finds the Petition deficient. Accordingly, Petitioner is ordered to show cause why this matter should not be dismissed by filing an amended petition that includes the information described below.

The Petition contains no viable grounds for habeas relief. (Dkt. No. 1). Rather, as grounds for habeas relief the Petition merely states: (1) Petitioner has two children born in the United States; (2) Petitioner "entered the United States legally being a minor"; (3) "conditions of the center"; and (4) "mental health." (*Id.*). Petitioner also alleges numerous instances of domestic violence in her life, but this does not provide grounds for habeas relief. (*Id.*).

Petitioner bears the burden of proving she is "in custody in violation of the Constitution or law or treaties of the United States." *Villanueva v. Tate*, 801 F. Supp.3d 689, 696 (S.D. Tex. 2025) (quoting 28 U.S.C. § 2241(c)(3)). Petitioner has not carried her burden, **failing to include grounds alleging or showing she is in custody in violation of the Constitution or federal law**. (Dkt. No. 1). Accordingly, the Court finds the Petition deficient. **Petitioner must file an**

**amended petition stating grounds for relief showing she is in custody in violation of the Constitution or federal law.** The stated grounds must be supported by sufficient underlying facts. Any amended petition must be signed and dated. The Clerk of Court will provide Petitioner with a § 2241 form along with this Order.

**IT IS THEREFORE ORDERED** that **on or before August 28, 2026,** *pro se* Petitioner Vanessa Anahi Inosencio Garcia must show cause why this matter should not be dismissed by filing an amended petition that includes allegations showing she is in custody in violation of the Constitution or law of the United States.

**If *pro se* Petitioner Vanessa Anahi Inosencio Garcia fails to respond to this Show Cause Order by filing an amended petition with the proper habeas grounds and sufficient factual information, the Petition may be dismissed without prejudice by this Court without further notice for want or prosecution and failure to comply with this Court's Order. *See* Fed. R. Civ. P. 41(b).**

The Clerk of Court is directed to provide Petitioner with a § 2241 immigration habeas form.

It is so **ORDERED**.

**SIGNED** this 29th day of July, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2