**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
August 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM
DEPUTY

| | |
|---|---|
| **VANESSA ANAHI INOSENCIO GARCIA, A# 221 376 496,** | § § § |
| **Petitioner,** | § § § |
| **v.** | § § **NO. SA-26-CV-04728-OLG** |
| **DIRECTOR, U.S. Immigration and Customs Enforcement, ET AL.,** | § § § |
| **Respondents.** | § § |

**ORDER**

Before the Court is a purported 28 U.S.C. § 2241 Amended Petition for Writ of Habeas Corpus filed July 31, 2026, by *pro se* Petitioner Vanessa Anahi Inosencio Garcia Cristhian Sanchez-Pineda, an immigration detainee. (Dkt. No. 5). Petitioner filed her original Petition on July 20, 2026. (Dkt. No. 1). Upon review, the Court's finds the Amended Petition is essentially a duplicate of the original Petition and suffers from the same deficiencies described by the Court in its July 29, 2026 Show Cause Order. (Dkt. No. 4). Given that the Amended Petition was filed a mere two days after the Court's Show Cause Order, it appears unlikely the Amended Petition was filed in an effort to comply with the Court's Show Cause Order. Accordingly, Petitioner is ordered to comply with the Court's July 29, 2026 Show Cause Order by filing a second amended petition that corrects the deficiencies set out in the Show Cause Order.

**IT IS THEREFORE ORDERED** that **on or before August 28, 2026,** *pro se* Petitioner Vanessa Anahi Inosencio Garcia must comply with the Court's July 29, 2026 Show Cause Order, which requires that she show cause why this matter should not be dismissed by filing an amended petition that includes allegations showing she is in custody in violation of the Constitution or law of the United States.

**If *pro se* Petitioner Vanessa Anahi Inosencio Garcia fails to comply with the Court's July 29, 2026 Show Cause Order by filing a second amended petition with the proper habeas grounds and sufficient factual information, the Amended Petition may be dismissed without prejudice by this Court without further notice for want or prosecution and failure to comply with this Court's Order. *See* FED. R. CIV. P. 41(b).**

Pursuant to the Court's prior Show Cause Order, the Clerk of Court was directed to provide Petitioner with a § 2241 immigration habeas form. The Clerk of Court need not provide Petitioner with another form.

It is so **ORDERED**.

**SIGNED** this 3rd day of August, 2026.

ORLANDO L. GARCIA
United States District Judge

2